**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Augustine PEREZ, Defendant–**
**Appellant.**

**No. 03–6244.**

United States Court of Appeals,
Fourth Circuit.

Submitted May 29, 2003.

Decided June 4, 2003.

Augustine Perez, Appellant pro se. John Leslie Brownlee, United States Attorney, Roanoke, Virginia, for Appellee.

Before WILKINSON, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Augustine Perez appeals the district court's order dismissing his pleadings which attempted to challenge his convic-tions through a petition for writ of audita querela and under former Fed. R.Crim. P 35(a). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Perez*, No. CR–90–112–L (W.D.Va. May 16, 2001; Dec. 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*